PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA RAMOS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01007-CMK<br><br>**JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, originally due on December 20, 2017, by 14 days, through and including January 3, 2018. This is the Commissioner's second request for an extension of time in this matter.

    Good cause exists to grant a brief extension in this matter for Defendant to file her opposition because of counsel's workload in the weeks prior to the holidays, including a major EEOC discovery production, four district court summary judgment motions due last week, and a major EEOC summary adjudication motion due next week, in addition to the brief in the present matter. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on December 14, 2017.

Respectfully submitted,

Dated: December 19, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Adam Lazar*
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: December 19, 2017    By: /s/ *Lawrence Rohlfing**
LAWRENCE ROHLFING
(*by email authorization)

Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: December 21, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE